UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JOSEPH ANEMONE,<br><br>Defendant,<br><br>and<br><br>LONG ISLAND BANANA COMPANY,<br><br>Garnishee. | ) | Criminal Docket No.<br>CR-01-0056 (CBA) |

APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

The United States of America hereby makes application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Continuing Garnishment against property, in which the Defendant-Judgment Debtor Erik Bailey("Debtor") has a substantial nonexempt interest, in order to satisfy the judgment, in the amount of $50,000.00, plus interest, entered in the United States v. JOSEPH ANEMONE, CR-01-0056 (E.D.N.Y.).

The sum of $2,920.00 has been credited toward the judgment, leaving a total balance due of $50,877.88, including interest, as of October 16, 2009.

Debtor's last known address is: 8658 25th Avenue, Brooklyn, New York 11214.

More than thirty (30) days has elapsed since demand for payment of the above-stated debt was made upon the Debtor and Debtor has failed to satisfy the debt.

The Garnishee is believed to owe or will owe money or property to the Debtor, or is in possession of property of the Debtor, and said property is a nonexempt interest of the Debtor.

The name and address of the Garnishee or his authorized agent is:

Long Island Banana Company
28 Williams Street
Lynbrook, New York 11563-8844

Dated: Brooklyn, New York
October 16, 2009

BENTON J. CAMPBELL
United States Attorney

s/
MARY M. DICKMAN
Assistant U.S. Attorney
(718) 254-6022